FILE COPY



| | | |
|---|---|---|
| BRIAN QUINN<br>Chief Justice<br><br>PATRICK A. PIRTLE<br>Justice<br><br>JUDY C. PARKER<br>Justice<br><br>LAWRENCE M. DOSS<br>Justice | **Court of Appeals**<br><br>Seventh District of Texas<br>Potter County Courts Building<br>501 S. Fillmore, Suite 2-A<br>Amarillo, Texas 79101-2449<br>www.txcourts.gov/7thcoa.aspx | BOBBY RAMIREZ<br>Clerk<br><br><br>MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540<br><br><br>(806) 342-2650 |

March 16, 2022

Jerry Morales
Attorney at Law
1008 S.W. 10th Avenue
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Mike Watkins
WOODBURN & WATKINS LLP
320 South Polk, Suite 901
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Michael Burton
Texas Department of Family and Protective
Services
P.O. Box 149030
Agency Mail Code: E611
Austin, TX 78714
* DELIVERED VIA E-MAIL *

**RE:**     Case Number:  07-22-00026-CV, 07-22-00076-CV
           Trial Court Case Number:  94,715-E-FM

**Style:**   In the Interest of P.F., a Child

Dear Counsel:

The Court this day issued an order in the referenced appeals and a judgment in 07-22-00076-CV.  *See* Tex. R. App. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:     Honorable Carry Baker (DELIVERED VIA E-MAIL)
        Cody Pirtle (DELIVERED VIA E-MAIL)
        Stephnie Menke (DELIVERED VIA E-MAIL)